# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Financial Recovery Services, Inc., <br><br> Plaintiff, <br><br> v. <br><br> MBG Financial Group, LLC and MBG Financial Corp. <br><br> Defendants. | Case No. 25-cv-2209 (LMP/DJF) <br><br><br> **STIPULATION FOR DISMISSAL** |

Plaintiff Financial Recovery Services, Inc. ("Plaintiff") and MBG Financial Group, LLC and MBG Financial Corp. ("Defendants"), through their respective undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that Plaintiff's Amended Complaint be, and hereby is, dismissed with prejudice, without costs or attorneys' fees to either party.

1

|  |  |
|---|---|
|  | **ROSSMAN KIRK, PLLC** |
| Dated: November 3, 2025 | */s/ Trevor S. Johnson* |
|  | John K. Rossman, MN #0244831 |
|  | Benjamin J. Kirk, MN #0393192 |
|  | Trevor S. Johnson, MN #0400849 |
|  | 2626 E. 82nd Street, Suite 135 |
|  | Bloomington, MN 55425 |
|  | Phone: 612-284-2143 |
|  | john.rossman@rossmankirk.com |
|  | benjamin.kirk@rossmankirk.com |
|  | trevor.johnson@rossmankirk.com |
|  | **ATTORNEYS FOR PLAINTIFF** |
|  | **FINANCIAL RECOVERY SERVICES, INC.** |
| Dated: November 3, 2025 | **TAFT, STETTINIUS & HOLLISTER, LLP** |
|  | /s/ Adam G. Chandler |
|  | Adam G. Chandler, MN #0397408 |
|  | 2200 IDS Center |
|  | 80 South 8th Street |
|  | Minneapolis, MN 55402 |
|  | Phone: 612-977-8422 |
|  | AChandler@taftlaw.com |
|  | **ATTORNEYS FOR DEFENDANTS** |
|  | **MBG FINANCIAL GROUP, LLC &** |
|  | **MBG FINANCIAL CORP.** |