UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Financial Recovery Services, Inc., <br><br> Plaintiff, <br><br> v. <br><br> MBG Financial Group, LLC and MBG Financial Corp. <br><br> Defendants. | Case No. 25-cv-2209 (LMP/DJF) <br><br> **ORDER** |

This matter came before the Court on the parties' Stipulation of Dismissal [CM/ECF #31]. Pursuant to the stipulation of the parties and Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff's Amended Complaint hereby is dismissed with prejudice, without costs or attorneys' fees to either party.

Dated:

                                                DULCE J. FOSTER
                                                United States Magistrate Judge