# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FINANCIAL RECOVERY SERVICES, INC., | Case No. 25-cv-2209 (LMP/DJF) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| MBG FINANCIAL GROUP, LLC, and MBG FINANCIAL CORP., | |
| Defendants. | |

This matter is before the Court on the parties' Stipulation for Dismissal ("Stipulation"), ECF No. 31. Based on the parties' Stipulation, and on the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that all claims between the parties in this matter are **DISMISSED WITH PREJUDICE,** without costs or disbursements to any party.

Dated: November 4, 2025

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge